UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MAGISTRATE JUDGE Bowler Civil Action No.

04 . 10037 REK

Gertrude Davis Gorod,
          Plaintiff

vs.

Commonwealth of Massachusetts
Tom Reilly, Attorney General
Michelle Kaczynski
Armand Fernandes, Jr.
Elizabeth La Staiti,
          Defendants

**COMPLAINT**

1.) The plaintiff, is Gertrude Davis Gorod, in the county of Middlesex, Massachusetts, and is a citizen of the United States of America.

2.) The defendant is the Commonwealth of Massachusetts.

3.) The defendant is Tom Reilly, Attorney General for the Commonwealth of Massachusetts One Ashburton Place Boston, Ma 02108.

4.) The defendant is Michelle A. Kaczynski C/O Tom Reilly, Attorney General Commonwealth of Massachusetts One Ashburton Place Boston, Ma 02108.

5.) The defendant is Armand Fernandes, Jr., New Bedford Probate and Family Court 505 Pleasant Street New Bedford, Ma 02740. C/O Tom Reilly, Attorney General for the Commonwealth of Massachusetts One Ashburton Place Boston, Ma 02108.

6.) The defendant is Elizabeth LaStaiti, New Bedford Probate and Family Court 505 Pleasant Street New Bedford, Ma 02740. C/O Tom Reilly, Attorney General for the Commonwealth of Massachusetts One Ashburton Place Boston, Ma 02108.

### JURISDICTION

7.) Jurisdiction over this matter is involved under 28 United States Code, being deprived of Constitutional Rights and Civil Rights, Failure to be paid monies ordered by the Court.

### FACTS

8.) The plaintiff Gorod and her brother Fred Davis are the true legal heirs to the Estate of their late uncle David Miller. Both the plaintiff Gorod and her brother took care of their uncle's needs and well-being in addition his funeral expenses and other expenses paid by them were not reimbursed to them.

9.) After plaintiff's uncle's death an imposter (Edith Tabachnick) and her dishonest attorney received monies in the amount of $31,428.15 **SEE ATTACHED DOCUMENT "A" TO LETTER ADDRESSED TO TOM REILLY DATED NOVEMBER 8, 2003.**

10.) Court Order: states that the Plaintiff Gorod is to receive $9,248.67 and her brother $11.415.05 **SEE ATTACHED DOCUMENT "A" TO LETTER ADDRESSED TO TOM REILLY DATED NOVEMBER 8, 2003.** The defendant Commonwealth of Massachusetts refused to give the plaintiff and her brother their inheritance monies which they are entitled to as a matter of law.

11.) Plaintiff Gorod and her brother Davis are both senior citizens and did not receive their inheritance monies, although there is a Court Order that they are entitled to inheritance monies from the estate of their uncle David Miller. This Court Order is signed by the Judge Defendant Armand Fernandes, Jr. **SEE ATTACHED DOCUMENT "A"**.

12.) Defendant Kaczynski violated the Canon Rules, and the Attorney Oath. She engaged in conduct involving dishonesty, deceit, and fraud. She also engaged in conduct that is prejudical to the administration of justice, although Kaczynski was fully aware that Davis and Gorod did not receive their inheritance monies, which they are entitled to as a matter of law, she used fraudulent means to steal Gorod's inheritance monies from her and her brother.

13.) Defendant Fernandez, Jr. knowingly and wilfully, refused to give Gorod and her brother their inheritance monies, in spite of the fact, that he was the one who made and signed the court order. **SEE ATTACHED DOCUMENT "A"**.

14.) November 8. 2003, Gorod wrote to Mr. Thomas F. Reilly, Attorney General of the Commonwealth of Massachusetts. She informed him that she did not receive her interitance which she is entitled to as a matter of law and gave him notice that she would be compelled to file a legal action against the Commonwealth and other employees of the Commonwealth of Massachusetts. **SEE ATTACHED DOCUMENT "A"**

15.) The plaintiff never received any reply from Mr. Tom Reilly compelling her to take this action.

16.) The plaintiff is a senior citizen and the defendants have caused her severe pain and suffering along with monetary losses.

17.) Gorod appeared at the Bristol Probate Court to receive her inheritance monies and her brother's inheritance monies. Gorod was told that "there's no money left for you or your brother LaStaiti took the balance of the money after it was paid to Tabachnick and Provanzano".

18.) The plaintiff requests the court to order damages, pain and suffering against the Commonwealth for one million dollars ($1,000,000.00).

The Court to order damages, pain and suffering against the defendant Armand Fernandes, Jr., for one million thirty one thousand, five hundred twenty-eight dollars and fifteen cents ($1,031,528.15)

The Court to order dmages, pain and suffering against the defendant Michelle Kaczynski for one million dollars ($1,000,000.00).

The Court to order damages, pain and suffering against the defendant Elizabeth Lastaiti, for one million dollars ($1,000,000.00) and criminal action against her for stealing inheritance monies belonging to the plaintiff.

19.) Punitive damages, all costs and legal fees.

20.) **WHEREFORE,** the plaintiff Gertrude Davis Gorod demands judgment against the defendants and for such other relief as this Court deems just.

21.) The plaintiff demands trial by jury.

*Gertrude Davis Gorod*
Gertrude Davis Gorod
P. O. Box 856
Everett, Ma 02149

November 8, 2003

Mr. Tom Reilly, Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, Ma 02108

Dear Mr. Reilly:

Attached is a copy of a court order signed by Armand Fernandes, Jr., Associate Justice of the Bristol County Probate and Family Court. **SEE DOCUMENT EXHIBIT "A" AFFIXED HERETO:**

This document was furnished to me by your employee, Michelle A. Kaczynski.

Ms. Kaczynski is fully aware that the Court Order signed by Armand Fernandes, Jr., Associate Justice is as follows:

1. "Mr. Davis shall receive $11,415.05."

2. "Ms. Gorod shall receive $9.248.67."

3. "Ms. Tabachnick shall receive $24,393.42."

4. "Mr. Provanzano shall receive $7,024.73."

Ms. Tabachnick is not a legal heir to the Estate of David Miller and is nothing but an impostor, and Mr. Provanzano was her dishonest attorney.

I have taken care of my uncle and always saw that he had food at all times.

My brother and I are both senior citizens and did not receive our, inheritance monies which we are entitled to as a matter of law and is set forth in the enclosed court order.

Although Ms. Kaczynski was fully aware that Davis and Gorod did not receive their inheritance monies which they are entitled to as a matter of law, she defied the law.

She used fraudulent means to steal my inheritance monies from me and my brother, and obstructed justice.

Therefore, if my inheritance monies plus interest is not forward to me and my brother I will be compelled to bring this matter before the court against the Comomweath of Massachusetts,

DOCUMENT "A"

Tom Reilly, Michelle a. Kaczynski any other party/parties which deems appropriate.

If, I do not receive my monies plus interest within **TEN DAYS, it will be my understand that you want this matter to go before the court.**

Very truly yours,

Gertrude Davis Gorod
P.O. Box 856
Everett. Ma 02149

<u>CERTIFIED MAIL</u>
7001 1940 0005 3531 4102

cc: Ms. Michelle A. Kaczynski,
    Assistant Attorney General
    Trial Division/Government Bureau
    Boston, Ma 02114

From the sums currently held in the name of the First Justice, Judge LaStaiti, the Court orders that the following disbursements shall be made:

1. Mr. Davis shall receive $11,415.05;
2. Ms. Gorod shall receive $ 9,248.67;
3. Ms. Tabachnick shall receive $ 24,393.42; and
4. Mr. Provanzano shall receive $ 7,024.73.

Orders:

1. Ms. Tabachnick's Motion to Reach and Apply is hereby **ALLOWED** in the amount of $ 2,024.73.

2. Ms. Tabachnick's Motion for Attorney's Fees and to Allocate Costs is hereby **ALLOWED** pursuant to the terms modified herein.

3. Ms. Gorod's and Mr. Davis's Motion(s) for Sanctions and Costs are hereby **DENIED**.

4. After review, Ms. Gorod's and Mr. Davis's Motion(s) to "Strike the Papers Mailed to Justice Armand Fernandes, Jr. . . ." is hereby **DENIED**.

12/14/01
Date

Armand Fernandes, Jr., Associate Justice
Bristol County Probate and Family Court

**DOCUMENT EXHIBIT "A"**