AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FIRST                                                  District of    MASSACHUSETTS

Gertrude Davis Gorod,
        V.        Plaintiff        **SUMMONS IN A CIVIL CASE**

Commonwealth of Massachusetts
Tom Reilly, Attorney General
Michelle Kaczynski
Armand Fernandes, Jr.
Elizabeth La Staiti,
               Defendants

CASE NUMBER: **04 · 10037 REK**

TO: (Name and address of Defendant)

Commonwealth of Massachusetts
Tom Reilly, Attorney General
One Ashburton Place
Boston, Ma 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gertrude Davis Gorod
P.O. Box 856
Everett, Ma 02149

an answer to the complaint which is herewith served upon you, within ___Twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE   1/8/04

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | JANUARY 15, 2004 |
| NAME OF SERVER (PRINT) | TITLE |

**SENDER: COMP...**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly) B. Date of Delivery JAN 15 2004
Signature: William J Coughlan
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:
Mr. Tom Reilly,
Attorney General
One Ashburton Place
Boston, MA 02108

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7001 1940 0007 5355 2089

7001 1940 0007 5355 2089

PS Form 3811

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JANUARY 15, 2004        SEE ABOVE
                Date                 Signature of Server


                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.