AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FIRST                         District of   MASSACHUSETTS

Gertrude Davis Gorod,    2004 JAN 23 P 2: 54

V.              Plaintiff              **SUMMONS IN A CIVIL CASE**

Commonwealth of Massachusetts
Tom Reilly, Attorney General
Michelle Kaczynski
Armand Fernandes, Jr.              CASE NUMBER:   04 · 10037 REK
Elizabeth La Staiti,

                    Defendants

TO: (Name and address of Defendant)

Elizabeth La Staiti
C/O Commonwealth of Massachusetts
Tom Reilly, Attorney General
One Ashburton Place
Boston, Ma 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gertrude Davis Gorod
P.O. Box 856
Everett, Ma 02149

an answer to the complaint which is herewith served upon you, within   **Twenty**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                                                    1/08/04

(By) DEPUTY CLERK                                    DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** JANUARY 15, 2004 |
| **NAME OF SERVER** *(PRINT)* | **TITLE** |

| Check | |
|---|---|
| ☐ | **SENDER: COMPLETE THIS SECTION**<br>■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br><br>1. Article Addressed to:<br>*MR. Tom Reilly,*<br>*attorney General*<br>*One Ashbuton Place*<br>*Boston, Ma 02108* |

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery  JAN 15 2004

C. Signature  *William J Coughlin*    ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

| TRAVEL | 7001 1940 0007 5355 2089 |
|---|---|
| | *7001 1940 0007 5355 2089* |
| | PS Form 3811 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JANUARY 15, 2004            SEE ABOVE
_____        _____
           Date                     *Signature of Server*

_____
   *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.