UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GERTRUDE DAVIS GOROD, )
)
Plaintiff, )
)
v. ) C. A. No. 04-10037-REK
)
COMMONWEALTH OF MASSACHUSETTS, )
TOM REILLY, ATTORNEY GENERAL, )
MICHELLE KACZYNSKI, ARMAND )
FERNANDES, JR. ELIZABETH LA STAITI, )
)
Defendants. )

## DEFENDANTS' MOTION TO DISMISS

This pro se action for damages alleging deprivation of constitutional and civil rights is brought against the Commonwealth of Massachusetts, the Attorney General of the Commonwealth, a former assistant attorney general, and two state judges. For the following reasons, the defendants move for this Court to dismiss this action in its entirety:

1. The action against the Commonwealth is barred by the Eleventh Amendment to the United States Constitution. Fed. R. Civ. P. 12(b)(1) and (6).

2. Official capacity claims against the individual defendants are barred by the Eleventh Amendment to the United States Constitution. Fed. R. Civ. P. 12(b)(1) and (6).

3. Individual capacity claims against the individual defendants are barred by absolute immunity. Fed. R. Civ. P. 12(b)(1) and (6).

4. The action is subject to dismissal for lack of subject matter jurisdiction pursuant to the Rooker-Feldman doctrine. Fed. R. Civ. P. 12(b)(1).

5.   The action against the individual defendants is barred for failure to comply with the rules regarding service of process. Fed. R. Civ. P. 12(b)(4).[1]

A supporting memorandum is attached to this motion to dismiss.

**Wherefore**, the defendants request that this Court allow this motion and dismiss this action in its entirety.

Defendants
By Their Attorney

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Jason Barshak*
Jason Barshak, BBO # 564040
Assistant Attorney General
Government Bureau/Trial Division
200 Portland Street, 3rd Floor
Boston, MA 02114
(617) 727-2200, Ext. 3316

Date: February 2, 2004

---

[1]   The individual defendants make a limited appearance in this action - solely for matters related to the Defendants' Motion to Dismiss.