UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERTRUDE DAVIS GOROD,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>TOM REILLY, ATTORNEY GENERAL,<br>MICHELLE KACZYNSKI, ARMAND<br>FERNANDES, JR. ELIZABETH LA STAITI,<br><br>Defendants. | C. A. No. 04-10037-REK |

## DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO DISMISS
## (AND SUPPORTING MEMORANDUM) WITHOUT L.R. 7.1(A)(2) CONFERENCE

The defendants move for this Court to allow them to file their motion to dismiss (and supporting memorandum) without first conducting a L.R. 7.1(A)(2) conference for the following reasons.

1. A 7.1(A)(2) conference would not resolve or narrow the issues.

2. This is a pro se action for damages brought against the Commonwealth of Massachusetts, the Attorney General of the Commonwealth, a former Assistant Attorney General, and two state judges.

3. The defendants seek to dismiss the action in its entirety.

4. The motion to dismiss is based on various legal principles including the Eleventh Amendment to the United States Constitution, the Rooker-Feldman Doctrine, Judicial Immunity, Absolute Immunity, and failure of process. Fed. R. Civ. P. 12(b)(1), (4) and (6).

Wherefore, the defendants request that this Court grant this motion.

                         Defendants
                         By Their Attorney

                         THOMAS F. REILLY
                         ATTORNEY GENERAL

                         _____
                         Jason Barshak, BBO # 564040
                         Assistant Attorney General
                         Government Bureau/Trial Division
                         200 Portland Street, 3rd Floor
                         Boston, MA 02114
                         (617) 727-2200, Ext. 3316

Date: February 2, 2004