UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERTRUDE DAVIS GOROD,<br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>TOM REILLY, ATTORNEY GENERAL,<br>MICHELLE KACZYNSKI, ARMAND<br>FERNANDES, JR. ELIZABETH LA STAITI,<br>Defendants. | C. A. No. 04-10037-REK |

## NOTICE OF APPEARANCE ON BEHALF OF COMMONWEALTH OF MASSACHUSETTS AND LIMITED APPEARANCE ON BEHALF OF THE INDIVIDUAL DEFENDANTS

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of the undersigned as the attorney for the defendant, Commonwealth of Massachusetts. Please enter a limited appearance of the undersigned as the attorney for all individual defendants in this action - solely for matters related to the Defendants' Motion to Dismiss.

THOMAS F. REILLY
ATTORNEY GENERAL

Jason Barshak, BBO # 564040
Assistant Attorney General
Government Bureau/Trial Division
200 Portland Street, 3rd Floor
Boston, MA 02114
(617) 727-2200, Ext. 3316

Date: February 2, 2004