UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERTRUDE DAVIS GOROD,<br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>TOM REILLY, ATTORNEY GENERAL,<br>MICHELLE KACZYNSKI, ARMAND<br>FERNANDES, JR. ELIZABETH LA STAITI,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 04-10037-REK<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Jason Barshak, BBO # 564040, Assistant Attorney General, hereby certify that I have this day, February 2, 2004, served the following documents, upon plaintiff pro se, by mailing a copy, first class, postage prepaid to: Gertrude Davis Gorod P.O. Box 856 Everett, MA 02149.

1. **Defendants' Motion to Dismiss**

2. **Memorandum in Support of Defendants' Motion to dismiss**

3. **Defendants' Motion for leave to file Motion to Dismiss (and supporting memorandum) without L.R. 7.1(A)(2) conference.**

4. **Notice of Appearance On Behalf of Commonwealth of Massachusetts and Limited Appearance On Behalf of Individual Defendants**

Defendants
By Their Attorney

THOMAS F. REILLY
ATTORNEY GENERAL

_/s/ Jason Barshak_
Jason Barshak, BBO # 564040
Assistant Attorney General
Government Bureau/Trial Division
200 Portland Street, 3rd Floor
Boston, MA 02114
(617) 727-2200, Ext. 3316