UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10037 REK

| | |
|---|---|
| GERTRUDE DAVIS GOROD,<br>Plaintiff | )<br>)<br>) |
| COMMONWEALTH OF MASSACHUSETTS<br>TOM REILLY, ATTORNEY GENERAL<br>MICHELLE KACZYNSKI<br>ARMAND FERNANDES, JR.<br>ELIZABETH LA STAITI,<br>Defendants | )<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR DEFAULTS AGAINST ALL DEFENDANTS (COMMONWEALTH OF MASSACHUSETTS, TOM REILLY, MICHELLE KACZYNSKI, ARMAND FERNANDES, JR. AND ELIZABETH LA STAITI) FOR FAILURE TO ANSWER PLAINTIFF'S COMPLAINT AS PRESCRIBED BY LAW**

Now comes the plaintiff, Gorod, in the above-cited action and files her motion for Defaults Against all defendants for failure to answer Plaintiff, Gorod's Complaint within the time frame as prescribed by law.

**MEMORANDUM IN SUPPORT THEREOF:**

January 15, 2004, all defendants were served copies of Complaints and Summonses.

None of the defendants cited-above answered the Plaintiff's Complaints within the twenty days as required by law.

THEREFORE, Judgment by default is ordered as a matter of law, for relief demanded in the plaintiff's Complaint.

By,

Gertrude Davis Gorod
P.O. Box 856
EVERETT, MA 02149

## CERTIFICATE OF SERVICE

I, Gertrude Davis Gorod, certify, that I mailed a true copy of plaintiff's Motion For Default Against All Defendants (Commonwealth of Massachusetts, Tom Reilly, Michelle Kaczynski, Armand Fernandes, Jr. and Elizabeth La Staiti) for Failure To Answer Plaintiff's Complaint as prescribed by law. To: Commonwealth of Massachusetts, Tom Reilly, Michelle Kaczynski, Armand Fernandes, Jr. and Elizabeth La Staiti. C/O Commonwealth of Massachusetts Tom Reilly, Attorney General One Ashburton Place Boston, Ma 02108 postage prepaid.

DATE 2-4-04