UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
GERTRUDE DAVIS GOROD,               )
    Plaintiff                       )
                                    )
    v.                              )   CIVIL ACTION
                                    )   NO. 04-10037-REK
COMMONWEALTH OF MASSACHUSETTS,      )
TOM REILLY, ATTORNEY GENERAL,       )
MICHELLE KACZYNSKI,                 )
ARMAND FERNANDES, JR., and          )
ELIZABETH LASTAITI,                 )
    Defendants                      )
_____ )

**Final Judgment**
May 18, 2004

Judgment for the defendants, with costs.

Approved:                           By the Court,


_/s/Robert E. Keeton_____           _____
Robert E. Keeton                    Craig Nicewicz, Deputy Clerk